IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM F. DAVIS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-790 (JLH) |
| | ) |
| PSYCHOTHERAPEUTIC SERVICES, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

At Wilmington, this 8th day of October, 2025,

WHEREAS, on August 26, 2025, this Court granted Defendant Psychotherapeutic Services' motion to dismiss for lack of subject matter jurisdiction, and the Court informed Plaintiff that failure to file an amended complaint within 14 days would result in this action being closed (D.I. 11);

WHEREAS, on August 29, 2025, Plaintiff filed a document styled, "Plaintiff's Rebuttal to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction" (D.I. 12), which the Court liberally construes as a motion for reconsideration;

WHEREAS, Plaintiff contends that Defendant should be considered a state actor for purposes of Plaintiff's federal civil rights claims because Defendant (a private psychiatric facility) was licensed by the state and "controll[ed] Plaintiff's housing, access to religious services, daily activities, and personal safety" (*id.* at 4);

WHEREAS, Plaintiff's request for reconsideration does not correct a manifest error of law or fact or present new evidence, and the Court is unpersuaded that Defendant was a state actor;

WHEREAS, Plaintiff has not filed an amended complaint;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court is directed to **CLOSE** this case.

_____
The Honorable Jennifer L. Hall
United States District Judge